JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| IRA GREEN, | ) | No. ED CV 11-00666-JFW (VBK) |
| | ) | |
| Petitioner, | ) | ORDER FOR SUMMARY DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent(s). | ) | |
| | ) | |

On April 27, 2011, Ira Green (hereinafter "Petitioner") initiated this action, pro se, by filing a "Petition for Writ of Habeas Corpus by a Person in State Custody," pursuant to 28 U.S.C. § 2254. Petitioner seeks release of DNA evidence resulting, he believes, from testing that occurred at his trial in 2000. (Petition at 5; attached pages.)

On June 17, 2011, Respondent filed a "Notice of Motion and Motion to Dismiss Petition for Writ of Habeas Corpus; Memorandum of Points and Authorities in Support of Motion to Dismiss Petition for Writ of Habeas Corpus" ("MTD") and "Notice of Lodgment" on the grounds that the Petition is successive, untimely, the claims are not cognizable and Petitioner's Brady claim lacks merit.

On July 15, 2011, Petitioner filed a "Memorandum of Point and Authoritys [sic] in Support of Motion to Dismiss Petition for Habeas Corpus Without Prejudice," wherein Petitioner notified this Court that he wished to have the petition voluntarily dismissed so that he might seek approval in the United States Court of Appeals for the Ninth Circuit to file a successive petition. Pursuant to Fed.R.Civ.P. 41(a)(2), Petitioner's habeas petition is hereby dismissed.

**IT IS THEREFORE ORDERED** that this Petition is hereby dismissed without prejudice.

DATED: July 20, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented on
July 25, 2011 by:

_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE